James Lee Turner, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Alejandro Flores–Benitez, Jesup, GA, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alejandro Flores–Benitez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Flores–Benitez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose RODRIGUEZ–BERNANDO,**
**Defendant–Appellant.**

**No. 09–41010**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2010.

James Lee Turner, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jose Rodriguez–Bernando, Drive Big Spring, TX, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

---

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Rodriguez–Bernando has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez–Bernando has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

